**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Barakah M. Amaral, SBN 298726
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF INYO and MARGARET KEMP-WILLIAMS

Marguerite Melo, SBN 167782
John Sarsfield, SBN 138971
**LAW OFFICE OF MELO AND SARSFIELD LLP**
4216 S. Mooney Blvd., PMB 136
Visalia, CA 93277
TEL: 559.732.3000
FAX: 559.732.3005
Attorneys for Plaintiff JULIA LANGLEY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA LANGLEY, | CASE NO. 1:16-cv-01133-DAD-JLT |
| Plaintiff, | **JOINT STIPULATION TO TAKE AUGUST 10, 2018 SETTLEMENT CONFERENCE OFF CALENDAR; [PROPOSED] ORDER** |
| v. | |
| COUNTY OF INYO, MARGARET KEMP-WILLIAMS, in her official and individual capacity, and DOES 1 through 10, inclusive, | (Doc. 35) |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff JULIA LANGLEY and Defendant COUNTY OF INYO, through their counsel of record. The Parties have conferred and agree that the Settlement Conference scheduled for August 10, 2018 should be taken off calendar. The Parties have agreed to participate in private mediation. The mediation is scheduled for August 8, 2018. Tom Simonian has agreed to serve as mediator.

The parties agree that the Settlement Conference is unnecessary given the agreement to participate in private mediation. Under the circumstances, the parties seek to avoid unnecessary

{01863617.DOCX}  1
**JOINT STIPULATION TO TAKE AUGUST 10, 2018 SETTLEMENT CONFERENCE OFF CALENDAR; [PROPOSED] ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

expenditure of the Court's and the parties' time and resources to conduct a Settlement Conference. Accordingly, the parties stipulate to take off calendar the Settlement Conference scheduled for August 10, 2018.

**IT IS SO STIPULATED.**

Dated: July 28, 2018                    PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By    /s/Carl L. Fessenden
                                              Carl L. Fessenden
                                              Barakah M. Amaral
                                              Attorneys for Defendants


Dated: July 28, 2018                    LAW OFFICE OF MELO & SARSFIELD, LLP


                                        By    /s/John Sarsfield (authorized 07/27/2018)
                                              Marguerite Melo
                                              John Sarsfield
                                              Attorneys for Plaintiff


### [PROPOSED] ORDER

Based upon the Stipulation of the parties, and good cause shown:

1. The Settlement Conference scheduled for August 10, 2018 is taken off calendar;

    a. In the event the parties fail to settle the matter at mediation, **within 10 days**, they **SHALL** file a joint request for a settlement conference or establish good cause that a court-sponsored settlement conference should not occur.

IT IS SO ORDERED.

Dated:  **July 28, 2018**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

{01863617.DOCX}                    2

**JOINT STIPULATION TO TAKE AUGUST 10, 2018 SETTLEMENT CONFERENCE OFF CALENDAR; [PROPOSED] ORDER**