**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Barakah M. Amaral, SBN 298726
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF INYO and MARGARET KEMP-WILLIAMS

Marguerite Melo, SBN 167782
John Sarsfield, SBN 138971
**LAW OFFICE OF MELO AND SARSFIELD LLP**
4216 S. Mooney Blvd., PMB 136
Visalia, CA 93277
TEL: 559.732.3000
FAX: 559.732.3005
Attorneys for Plaintiff JULIA LANGLEY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA LANGLEY, | CASE NO. 1:16-cv-01133-DAD-JLT |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE SETTLEMENT CONFERENCE** |
| v. | |
| COUNTY OF INYO, MARGARET KEMP-WILLIAMS, in her official and individual capacity, and DOES 1 through 10, inclusive, | (Doc. 45) |
| Defendants. / | |

The parties are scheduled to attend a Settlement Conference before Magistrate Judge Jennifer L. Thurston, on December 17, 2018, at 9:00 a.m. The parties request that the Settlement Conference be vacated.

Defendants filed a Motion for Summary Judgment. The hearing on that motion was on November 6, 2018. An Order following that hearing is pending. On December 5, 2018, the Court issued an Order vacating the Pre-Trial Conference and the Jury Trial dates. Pending the Court's

{01932945.DOCX}  1

STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

ruling on the Motion for Summary Judgment, those dates would be reset. The parties already participated in a mediation. Given the circumstances, the parties request that the currently scheduled Settlement Conference date be vacated. The parties agree that the date can be reset pending the Court's ruling on the Motion for Summary Judgment.

Dated: December 6, 2018         PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                                By     /s/Carl L. Fessenden
                                       Carl L. Fessenden
                                       Barakah M. Amaral
                                       Attorneys for Defendants

Dated: December 6, 2018         LAW OFFICE OF MELO & SARSFIELD, LLP


                                By     /s/John Sarsfield (authorized 12/06/18)
                                       Marguerite Melo
                                       John Sarsfield
                                       Attorneys for Plaintiff

## [~~PROPOSED~~] ORDER

Based upon the Stipulation of the parties, and good cause shown:

The Settlement Conference scheduled for December 17, 2018 is taken off calendar. If the ruling on the motion for summary judgment does not fully dispose of the case, **within 10 days of the ruling,** counsel **SHALL** file a joint statement proposing dates for the settlement conference.

IT IS SO ORDERED.

Dated:   **December 10, 2018**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE